Nathan E. Shafroth (Bar No. 232505)
nshafroth@cov.com
COVINGTON & BURLING LLP
Salesforce Tower, 415 Mission Street
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

Raymond G. Lu (Bar No. 324709)
rlu@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749

Attorneys for Defendant
MCKESSON CORPORATION

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF SACRAMENTO ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICAL INDUSTRIES, LTD., ET AL., <br><br> Defendants. | Civil Case No.: 2:20−CV−01824−MCE−CKD <br><br> **ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

## **ORDER**

IT IS HEREBY ORDERED THAT Defendants McKesson Corporation; AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; Walgreen Co.; Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.; Allergan USA, Inc.; Allergan, Inc.; Allergan Limited f/k/a Allergan plc f/k/a Actavis plc; CVS Health Corporation; Endo Health Solutions Inc.; Endo Pharmaceuticals Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Mallinckrodt LLC; SpecGx LLC; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Thrifty Payless, Inc.; Rite Aid Corporation; and Bryant Ranch Prepack, Inc. shall have until and including **November 16, 2020** to move, answer, or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated:  September 17, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE